# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ARCHBISHOP BERNADINE TURNER
AND ARCHBISHOP JOCITA
WILLIAMS

NO.  2021 CW 0813

VERSUS

KLIEMAR, LLC

**JULY 26, 2021**

---

In Re:    Archbishop Bernadine Turner, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 707615.

---

**BEFORE:    THERIOT, HOLDRIDGE, AND HESTER, JJ.**

   **WRIT DENIED.**

                         **MRT**
                         **CHH**

   **Holdridge, J.,** concurs and would deny the writ on the
showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT